▉ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN EUTSAY, Appellant. [658 NYS2d 896] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mastro, J.), rendered May 22, 1995, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The claim by the defendant that his conviction was not sup-

ported by legally sufficient evidence is not preserved for appellate review because it was not advanced with specificity on his motion for a trial order of dismissal *(see,* CPL 470.05 [2]; *People v Johnson,* 169 AD2d 779, 782; *People v Udzinski,* 146 AD2d 245, 250).* In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620),* we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The prosecutor's summation remarks did not constitute reversible error. The remarks complained of constituted fair comment on the evidence and on defense counsel's summation regarding that evidence *(see, People v Galloway,* 54 NY2d 396, 399; *People v Patrona,* 232 AD2d 432; *People v Simms,* 222 AD2d 622; *People v Blair,* 226 AD2d 470; *People v Clark,* 222 AD2d 446, 447; *People v Harris,* 209 AD2d 432; *People v Rosario,* 195 AD2d 577; *People v Miller,* 183 AD2d 790, 791; *People v Rivera,* 158 AD2d 723).

The defendant's remaining contentions are either unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski, supra,* 146 AD2d, at 247), or without merit. Miller, J. P., Altman, Goldstein and Florio, JJ., concur.